UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOANA SCHIAVO,

        Plaintiff,

-vs-                                    Case No. 6:06-cv-1308-Orl-28JGG

HOMESTAR FUNDING CORP., NABIL
DAJANI,

        Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion to Dismiss Count I of Complaint (Doc. No. 24) filed March 29, 2007 and the Joint Response regarding dismissal (Doc. No. 26) filed April 23, 2007. The United States Magistrate Judge has submitted a report recommending that the case be remanded to the state court for lack of subject matter jurisidiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 26, 2007 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case is hereby **REMANDED** to the Ninth Judicial Circuit, State of Florida, Orange County Circuit Court, case number 06-CA-5867.

3. After remand, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _15_ day of May, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party